L&R EXPLORATION VENTURE et al., Respondents, v JACK J. GRYNBERG, Appellant, et al., Respondent.

Submitted November 14, 2005; decided December 22, 2005

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

ANTHONY MALLOY, Appellant, v STATE OF NEW YORK, Respondent.

Submitted November 14, 2005; decided December 22, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.